AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Mark B. Dubnoff)                                USAO CW No. 25-142

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Clift A. Seferlis | )  Case No. 25-mj-1268 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 7, 2025__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 876(c). | Mailing threatening communications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Pauline Pogorzelski
*Complainant's signature*

Pauline Pogorzelski, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

Scott W. Reid  *Scott W. Reid 2025.06.16 17:07:23 -04'00'*
*Judge's signature*

City and state: Philadelphia, Pennsylvania                HONORABLE SCOTT W. REID, USMJ
*Printed name and title*