

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Mark B. Dubnoff*
*Direct Dial: (215) 861-8397*
*Facsimile: (215) 861- 8618*
*E-mail Address: mark.dubnoff@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 17, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    <u>United States v. Seferlis</u>
                Magistrate No. 25-mj-1268

Dear Clerk:

      Please unimpound the Complaint and Warrant in regard to the above-captioned case. The Complaint and Warrant was filed on June 16, 2025.

                                      Very truly yours,

                                      DAVID D. METCALF
                                      United States Attorney


                                        **/s/ MARK B. DUBNOFF**
                                        Mark B. Dubnoff
                                        Assistant United States Attorney